tition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Henry Uttal* for petitioner. *Mr. John B. Doyle* for respondents.

---

No. 416. KATHRYN SELLERS, JUDGE JUVENILE COURT, DISTRICT OF COLUMBIA, *v.* WILLIS BROWN. October 8, 1923. Petition for a writ of certiorari to the Court of Appeals of the District of Columbia denied. *Mr. Lewis B. Perkins* and *Miss Kathryn Sellers* for petitioner. No appearance for respondent.

---

No. 417. NEW ENGLAND OIL CORPORATION *v.* ISLAND OIL MARKETING CORPORATION. October 8, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. J. Harry Covington* and *Mr. Thomas B. Gay* for petitioner. *Mr. Frank J. Hogan, Mr. Frederick T. Kelsey* and *Mr. George Bryan* for respondent.

---

No. 395. J. L. LANCASTER ET AL., RECEIVERS, ETC. *v.* R. A. SEXTON, ADMINISTRATOR, ETC. October 15, 1923. Petition for a writ of certiorari to the Court of Civil Appeals for the Sixth Supreme Judicial District of the State of Texas denied. *Mr. F. H. Prendergast* for petitioners. *Mr. S. P. Jones* for respondent.

---

No. 422. FRANK F. PELS COMPANY, INC. *v.* SAXONY SPINNING COMPANY. October 15, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. J. J. Parker* for petitioner. *Mr. John M. Robinson* for respondent.